

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

September 16, 2020

direct dial 404 815 6572
direct fax 404 541 3240
CHenn@kilpatricktownsend.com

Hon. J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Energizer Brands, LLC v. Duracell U.S. Operations, Inc.,*
            Civil Action No. 1:19-cv-09061-JPO

Dear Judge Oetken:

    We represent Plaintiff and Counterclaim Defendant Energizer Brands, LLC, ("Energizer") in the above-referenced action. We write to advise the Court that, pursuant to Fed. R. Civ. P. 15(a)(2) and the Civil Case Management Plan and Scheduling Order (ECF No. 20), Plaintiff filed its Amended Complaint (ECF No. 23). As noted in footnote 1 of the Amended Complaint Defendant and Counterclaim Plaintiff Duracell U.S. Operations, Inc. consented in writing to Energizer's amendment of its complaint on September 14, 2020. Defendant's written consent is attached hereto as Exhibit 1.

    We thank the Court for its consideration.

                                                Respectfully submitted,

                                                R. Charles Henn Jr. (RH3049)

cc:  All counsel (via ECF)

ANCHORAGE   ATLANTA   AUGUSTA   CHARLOTTE   DALLAS   DENVER   HOUSTON   LOS ANGELES   NEW YORK   RALEIGH   SAN DIEGO
SAN FRANCISCO   SEATTLE   SHANGHAI   SILICON VALLEY   STOCKHOLM   TOKYO   WALNUT CREEK   WASHINGTON   WINSTON-SALEM

# EXHIBIT 1

# Garcia, Alberto

| | |
|---|---|
| **From:** | Medina, Richard A <rmedina@paulweiss.com> |
| **Sent:** | Monday, September 14, 2020 6:31 PM |
| **To:** | Henn, Charlie; Gordon, Andrew; Johnson, Darren W |
| **Cc:** | Delaney, Aaron; Dhaliwal, Rajdeep S.; Brewster, Bill; Wolin, Bryan; Benson, Craig A |
| **Subject:** | RE: Energizer v Duracell - Amended Complaint |

**CAUTION: External Email**


Charlie,

Duracell will consent to Energizer's request for leave to file its Amended Complaint.  You may note our consent in your filing with the Court.

Best,

Rich


**Richard A. Medina** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3639 (Direct Phone) | +1 201 669 2174 (Cell)
rmedina@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Henn, Charlie <CHenn@kilpatricktownsend.com>
**Sent:** Wednesday, September 9, 2020 2:48 PM
**To:** Gordon, Andrew <agordon@paulweiss.com>; Johnson, Darren W <djohnson@paulweiss.com>
**Cc:** Delaney, Aaron <adelaney@paulweiss.com>; Medina, Richard A <rmedina@paulweiss.com>; Dhaliwal, Rajdeep S. <rdhaliwal@paulweiss.com>; Brewster, Bill <BBrewster@kilpatricktownsend.com>; Wolin, Bryan <BWolin@kilpatricktownsend.com>; Benson, Craig A <cbenson@paulweiss.com>
**Subject:** RE: Energizer v Duracell - Amended Complaint

Andrew-
Please let us know by the end of the day Monday, because if we're going to have to draft a motion, we need time to do that before the deadline.
Thanks,
Charlie

---

**From:** Gordon, Andrew <agordon@paulweiss.com>
**Sent:** Wednesday, September 9, 2020 2:25 PM
**To:** Henn, Charlie <CHenn@kilpatricktownsend.com>; Johnson, Darren W <djohnson@paulweiss.com>
**Cc:** Delaney, Aaron <adelaney@paulweiss.com>; Medina, Richard A <rmedina@paulweiss.com>; Dhaliwal, Rajdeep S. <rdhaliwal@paulweiss.com>; Brewster, Bill <BBrewster@kilpatricktownsend.com>; Wolin, Bryan

<BWolin@kilpatricktownsend.com>; Benson, Craig A <cbenson@paulweiss.com>
**Subject:** RE: Energizer v Duracell - Amended Complaint

We will not be in a position to tell you our position on Friday.  We will let you know early next week after we have had an opportunity to review and discuss with our client.

Best.

Andrew

**Andrew Gordon** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3543 (Direct Phone) | +1 212 492 0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

---

**From:** Henn, Charlie <CHenn@kilpatricktownsend.com>
**Sent:** Wednesday, September 9, 2020 1:50 PM
**To:** Johnson, Darren W <djohnson@paulweiss.com>
**Cc:** Gordon, Andrew <agordon@paulweiss.com>; Delaney, Aaron <adelaney@paulweiss.com>; Medina, Richard A <rmedina@paulweiss.com>; Dhaliwal, Rajdeep S. <rdhaliwal@paulweiss.com>; Brewster, Bill <BBrewster@kilpatricktownsend.com>; Wolin, Bryan <BWolin@kilpatricktownsend.com>
**Subject:** Energizer v Duracell - Amended Complaint

Darren-

Next Friday, September 18, is the deadline to amend pleadings. Energizer intends to amend its Complaint as reflected in the attached redline. Given the liberal standards applicable to amending pleadings, and the fact that the Scheduling Order contemplates an amendment by next Friday, please confirm by COB this Friday (Sept. 11) that Duracell consents to us filing the Amended Complaint without the need for a contested motion.

Thanks,
Charlie



**Charlie Henn**
**Kilpatrick Townsend & Stockton LLP**
The Grace Building | 1114 Avenue of the Americas | New York, NY  10036-7703
office 212 775 8845 | cell 404 808 3977 | fax 404 541 3240
chenn@kilpatricktownsend.com | My Profile | VCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.