William H. Brewster (WB 2245)
R. Charles Henn Jr. (RH 3049)
Bryan Wolin (BW 8339)
**KILPATRICK TOWNSEND & STOCKTON LLP**
The Grace Building
1114 Avenue of the Americas, Fl. 21
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: bbrewster@kilpatricktownsend.com
       chenn@kilpatricktownsend.com
       bwolin@kilpatricktownsend.com

*Attorneys for Plaintiff and Counterclaim Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENERGIZER BRANDS, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>DURACELL U.S. OPERATIONS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:19-cv-09061-JPO |

**DECLARATION OF BRYAN WOLIN**

I, Bryan Wolin, hereby make the following declaration:

1.    My name is Bryan Wolin. I am an associate at Kilpatrick Townsend & Stockton LLP, which represents Plaintiff Energizer Brands, LLC ("Energizer") in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. This Declaration is being submitted in support of Energizer's Opposition to Duracell's Motion to Dismiss.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Hal Poret referenced in and incorporated into the Amended Complaint (ECF 23, ¶ 28), as well as all supporting appendices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed in Queens, New York, on the 13th day of October, 2020.

/s/ Bryan Wolin
Bryan Wolin