UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGIZER BRANDS, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>DURACELL U.S. OPERATIONS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:19-cv-09061-JPO |

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby voluntarily dismissed without prejudice in its entirety as to all parties and all claims and counterclaims, with each party to bear its own costs.

Dated: December 4, 2020

KILPATRICK TOWNSEND &
STOCKTON LLP

_/s/_____

William H. Brewster
R. Charles Henn Jr.
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: bbrewster@kilpatricktownsend.com
       chenn@kilpatricktownsend.com

Bryan Wolin
The Grace Building
1114 Avenue of the Americas, Fl. 21
New York, New York 10036

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

_/s/_____

Andrew Gordon
Darren W. Johnson
Aaron Delaney
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0710
Email: agordon@paulweiss.com
       djohnson@paulweiss.com
       adelaney@paulweiss.com

*Counsel for Duracell U.S. Operations, Inc.*